IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* PENNY SUE MYKYTKA AND<br>MICHAEL MYKYTKA,<br><br>        Plaintiff,<br>v.<br><br>NORTHROP GRUMMAN CORPORATION,<br><br>        Defendant. | CIVIL ACTION NO.<br>07-CV0174 (RWR)<br><br><br><br>**FILED UNDER SEAL** |

**THE GOVERNMENT'S NOTICE OF ELECTION TO
DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to enter its appearance, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relators to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id.

Therefore, the United States requests that, should either the relators or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

Finally, the United States requests that only the complaint, this notice, and the Court's Order be unsealed and served upon the defendant. 31 U.S.C. § 3730. All other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United

States for an extension of the sixty-day investigative period or for any other reason, memoranda, and supporting documents) should remain under seal and not be made public or served upon the defendant.

A proposed order accompanies this notice.

                Respectfully submitted,

                JEFFREY BUCHOLTZ
                Acting Assistant Attorney General

                JEFFREY A. TAYLOR, DC Bar #498610
                United States Attorney

                DORIS COLES-HUFF (DC Bar #461437)
                Assistant United States Attorney
                555 Fourth Street, NW
                Washington, DC 20530
                (202) 514-7170

                JOYCE R. BRANDA
                PAT DAVIS
                ALAN GALE
                Attorneys, United States Department of Justice
                Civil Division
                Ben Franklin Station
                Post Office Box 261 (PHB 9006)
                Washington, DC 20044
                Tel: (202) 307-6296
                Fax: (202) 514-0280

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of December, 2007, a true and correct copy of the above and foregoing Notice of Election To Decline Intervention and proposed Order was mailed by first-class mail to:

Anthony C. Munter, Esq.
Kohn, Kohn & Colapinto, LLP
3233 P Street, N.W.
Washington, D.C. 20007-2758

DORIS COLES-HUFF
Assistant United States Attorney
Civil Division
501 3rd Street, N.W. Rm E-4216
Washington, D.C. 20530
202-514-7170

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. PENNY SUE MYKYTKA AND<br>MICHAEL MYKYTKA,<br><br>                    Plaintiff,<br>v.<br><br>NORTHROP GRUMMAN CORPORATION,<br><br>                    Defendant. | CIVIL ACTION NO.<br>07-CV0174 (RWR)<br><br>**FILED UNDER SEAL** |

ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2)(A), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendant by the relators;

2. that all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and the Government's Notice of Election to Decline Intervention, which the relators will serve upon the defendant only after service of the complaint;

3. that the seal be lifted as to all other matters occurring in this action after the date of this Order; and

4. that henceforth the parties serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time. Should the relators or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

**copies to:**

Doris Coles-Huff
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W., Room E-4216
Washington, D.C. 20530

Anthony C. Munter, Esq.
Kohn, Kohn & Colapinto, LLP
3233 P Street, N.W.
Washington, D.C. 20007-2758

Alan Gale
Attorney, United States Department of Justice
Civil Division
Ben Franklin Station
Post Office Box 261 (PHB 9006)
Washington, DC 20044