IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 1 9 2007

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>ex rel. PENNY SUE MYKYTKA AND )<br>MICHAEL MYKYTKA, )<br>          ) <br>          Plaintiff, )<br>     v.   )<br>          )<br>NORTHROP GRUMMAN CORPORATION, )<br>          )<br>          Defendant. ) | CIVIL ACTION NO.<br>07-CV0174 (RWR)<br><br><br>**FILED UNDER SEAL** |

ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2)(A), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendant by the relators;

2. that all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and the Government's Notice of Election to Decline Intervention, which the relators will serve upon the defendant only after service of the complaint;

3. that the seal be lifted as to all other matters occurring in this action after the date of this Order; and

4. that henceforth the parties serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and ~~is entitled~~ seek to intervene in this action, for good cause, at any time. Should the relators or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

_____
UNITED STATES DISTRICT JUDGE

Dated: **12/18/07**

**copies to**:

Doris Coles-Huff
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W., Room E-4216
Washington, D.C. 20530


Anthony C. Munter, Esq.
Kohn, Kohn & Colapinto, LLP
3233 P Street, N.W.
Washington, D.C. 20007-2758

Alan Gale
Attorney, United States Department of Justice
Civil Division
Ben Franklin Station
Post Office Box 261 (PHB 9006)
Washington, DC 20044