UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex. rel.,* ) | |
| PENNY SUE MYKYTKA AND ) | |
| MICHAEL MYKYTKA, ) | |
| ) | |
| Plaintiffs-Relators, ) | |
| ) | |
| v. ) | Case No. 07-CV-0174 (RWR) |
| ) | |
| NORTHROP GRUMMAN CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## PLAINTIFFS-RELATORS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., Plaintiffs-Relators Penny Sue Mykytka and Michael Mykytka, by and through counsel, hereby provide notice of voluntary dismissal of this action. This case is hereby dismissed without prejudice by notice, and without order of court, because this notice is filed before service of an answer or motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

/s/ David K. Colapinto
DAVID K. COLAPINTO
DC BAR # 416390
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, DC 20007-2756
Phone: (202) 342-6980
Fax:    (202) 342-6984

Attorneys for Plaintiffs-Relators
Penny Sue Mykytka and Michael Mykytka

April 10, 2008