IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* PENNY SUE MYKYTKA AND<br>MICHAEL MYKYTKA,<br><br>           Plaintiff,<br>v.<br><br>NORTHROP GRUMMAN CORPORATION,<br><br>           Defendant. | CIVIL ACTION NO.<br>07-CV0174 (RWR) |

**UNITED STATES' CONSENT TO DISMISSAL**

1. On December 6, 2007, after conducting an investigation of the relators' complaint and disclosure statement, the United States filed a notice with this Court declining to intervene in this action. *See* Dkt. No. 10. The Court unsealed the complaint in this matter by order dated December 19, 2007, but kept all other records in the matter under seal. *See* Dkt. No. 11. The limited unsealing was effected April 9, 2008.

2. On April 10, 2008, relators, through counsel, filed a Notice of Voluntary Dismissal under Fed. R. Civ. P. 41 and requested that this matter be dismissed. *See* Dkt. No. 12.

3. Under 31 U.S.C. § 3730(b)(1), a false claims action brought under 31 U.S.C. § 3729 may be dismissed with the written consent of the Attorney General. 31 U.S.C. § 3730(b)(1). In compliance, the United Sates submits the following:

4. The United States hereby consents to the dismissal of this action, so long as the dismissal is without prejudice to the United States.

Respectfully submitted,

/s/

JEFFREY BUCHOLTZ
Acting Assistant Attorney General

/s/

JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

/s/
_____
DORIS COLES-HUFF (DC Bar #461437)
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 514-7170

/s/
_____
JOYCE R. BRANDA
PAT DAVIS
ALAN GALE
Attorneys, United States Department of Justice
Civil Division
Ben Franklin Station
Post Office Box 261 (PHB 9006)
Washington, DC 20044
Tel: (202) 307-6296
Fax: (202) 514-0280